```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,            :
                                     :        08-cr-62-2 (JSR)
            -v-                      :
                                     :
ZACHARY BALLARD,                     :        ORDER
                                     :
            Defendant.               :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

The motion of defendant Zachary Ballard for appointment of counsel to assist with his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A) is granted. The representation is assigned to the C.J.A. Attorney on duty January 29, 2021, Donald J. Yannella. Defense counsel and the Government are directed to jointly call Chambers on Monday, February 1, 2021 at 11:00 a.m. to set up a briefing schedule for the motion.

SO ORDERED.

Dated:   New York, NY
         January 29, 2021                      _____
                                               JED S. RAKOFF, U.S.D.J.