UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                            Order

   -against-

                                        08 Cr. 62 (JSR)

ZACHARY BALLARD
                Defendant.
---------------------------------------------------------------X

JED S. RAKOFF, U.S.D.J.

Upon the application of the defendant, ZACHARY BALLARD**, Reg. No. 90198-054**, through his attorney, Donald J. Yannella, and for other good cause having been shown:

Wherefore Donald Yannella has been appointed by this Court to represent Zachary Ballard in connection with a Motion for Compassionate Release, and

Wherefore Zachary Ballard is currently incarcerated and unable to transmit a release form through counsel, and

Wherefore time is of the essence;

It is hereby ORDERED THAT

notwithstanding any provision of the Health Insurance Accountability and Portability Act of 1996, the Big Sandy, United States Penitentiary, shall immediately disclose to counsel, Donald Yannella, any and all records in its possession relating to Zachary Ballard, including any records related to **medical and mental health treatment, disciplinary infractions, participation in rehabilitation or training programs, work history and performance evaluations, motions for Compassionate Release, decisions on such motions for Compassionate Release, appeals, and decisions on the appeals**.

SO ORDERED.

Dated: New York, New York
February 2, 2021

                                            THE HON. JED S. RAKOFF
                                            UNITED STATES DISTRICT JUDGE
                                            SOUTHERN DISTRICT OF NEW YORK