```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| United States | |
|---|---|
| -v- | 08-cr-62-002 (JSR) |
| Zachary Ballard, | ORDER |
| Defendant. | |

JED S. RAKOFF, U.S.D.J.:

The Court is in receipt of a motion from defendant Zachary Ballard seeking various forms of relief.

The Government is hereby ordered to respond to defendant's motion no later than December 17, 2025.

SO ORDERED.

New York, NY
November 19, 2025

JED S. RAKOFF, U.S.D.J.

1