UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States<br><br>    -v-<br><br>Zachary Ballard,<br><br>        Defendant. | |

08-cr-62-002 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On July 22, 2008, defendant Zachary Ballard was found guilty of three counts of Hobbs Act Robbery, 18 U.S.C. § 1951, one count of Hobbs Act conspiracy, 19 U.S.C. § 1951, and three counts of brandishing a weapon during a crime of violence, 18 U.S.C. § 924(c). Bound by the then-operative sentencing requirements for violations of § 924(c), the Court sentenced Mr. Ballard to 601 months' imprisonment. On August 2, 2021, after Mr. Ballard had served more than thirteen years of his sentence, the Court, upon Mr. Ballard's motion, reduced his sentence to 301 months' imprisonment, finding that "extraordinary and compelling reasons" warranted the reduction. 18 U.S.C. § 3582(c)(1)(A)(i); see also Opinion & Order at 2, ECF No. 91.

The Court is now in receipt of a new motion from Mr. Ballard seeking further reductions to his sentence. See ECF No. 95. The Court denies the motion for two reasons. First, Mr. Ballard has not exhausted his administrative remedies because he did not first address his request to the Bureau of Prisons (BOP). See 18 U.S.C. § 3582(c)(1)(A) (requiring administrative exhaustion); Gov't Mem. of Law at 3, ECF No. 96 ("The [BOP] has informed the Government that Ballard has not

1

submitted a request for compassionate release to BOP . . . .").
Second, even if Mr. Ballard had exhausted his administrative remedies,
the Court concludes, for the reasons set forth in the Government's
opposition, that Mr. Ballard's motion independently fails on the
merits, as the two changes in the law to which he cites have no
application to him.

The motion is therefore denied, and because the Court reaches the
merits, it is denied with prejudice.

SO ORDERED.

New York, NY
December 30, 2025

JED S. RAKOFF, U.S.D.J.